IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDA MCCARRELL                                                                                        PLAINTIFF

v.                                          No. 2:16-CV-02117

CITY OF FORT SMITH, ARKANSAS;
KEVIN D. LINDSEY and JEFFREY BLUE
LUM, each individually and in his official
capacity; TERRY COYNE; and CHANNAN,
INC., d/b/a Grand Mart Laundromat, a/k/a
Grand Mart                                                                                              DEFENDANT

## ORDER

Currently before the Court is the Plaintiff's motion to dismiss with prejudice her claims against Separate Defendants City of Fort Smith, Arkansas, Kevin D. Lindsey, and Jeffrey Blue Lum. (Doc. 20).

It appearing that the parties have settled this matter and are in agreement, it is ORDERED that the Plaintiff's motion (Doc. 20) is GRANTED, and her claims against those Defendants are DISMISSED WITH PREJUDICE.

Because the only remaining claims are state law torts against Defendants Terry Coyne and Channan, Inc., pursuant to 28 U.S.C. § 1367(c)(3) "the Court should decline to exercise jurisdiction." *Glorvigen v. Cirrus Design Corp.*, 581 F.3d 737, 749 (8th Cir. 2009). It is therefore ORDERED that all remaining claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of November, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE